<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1660**

---

CYNTHIA C. HOLMES, M.D. a/k/a J. Doe, M.D.,

Plaintiff - Appellant,

versus

TENET HEALTHSYSTEM MEDICAL, INCORPORATED; EAST
COOPER COMMUNITY HOSPITAL,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-99-833-2-23)

---

Submitted:  October 31, 2000          Decided:  November 17, 2000

---

Before LUTTIG, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Cynthia C. Holmes, Appellant Pro Se.  E. Douglas Pratt-Thomas,
PRATT-THOMAS, PEARCE, EPTING & WALKER, P.A., Charleston, South
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Cynthia C. Holmes, M.D., appeals the district court's order granting summary judgment to the Defendants in her action raising violations of the Sherman Act, 15 U.S.C. §§ 1, 2 (1994), the Anti-Kickback statute, 42 U.S.C.A. § 1320a-7(b) (West Supp. 2000), and the Stark Law, 42 U.S.C.A. § 1395nn (West Supp. 2000), and several state law claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Holmes v. Tenet HealthSystem Medical, Inc., No. CA-99-833-2-23 (D.S.C. Apr. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED